# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DAMARIS PLAISANT MCCALLEY | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-668-S-BK |
| JANE BOYLE, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 9]. Plaintiff filed an objection [ECF No. 10] ("Objection"). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.

Plaintiff objects, in part, that the proposed findings, conclusions, and recommendation refer to her as a man, when she is, in fact, a woman. *See* Objection 3. The Court therefore modifies the proposed findings, conclusions, and recommendation to refer to Plaintiff as a woman.

The Court **OVERRULES** Plaintiff's remaining objections and **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as modified by the Court.

The Court **DENIES** Plaintiff's February 25, 2021 Motion to Appoint Counsel [ECF No. 11]. Plaintiff has not shown that exceptional circumstances require the appointment of counsel under 28 U.S.C. § 1915(e)(1).

**SO ORDERED.**

SIGNED June 22, 2021.

UNITED STATES DISTRICT JUDGE